# Invoice

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 119
Flushing. NY 11355
(718) 762-1324 |   troylaw@troypllc.com

**Bill To:**  **For Project**

Customer Name     Yanhua Yang            nysd 15cv5031 Yang v. WLY Sunshine USA Inc.
Customer Address
City, State, Zip          , ,

| Employee | Date | Work Description | Time | Rate | Fees |
|---|---|---|---|---|---|
| JOHN TROY9 | 06/03/15 | 1001 Initial Telephone Conference with Plaintiff(s) Yanhua Yang | 0.30 | 450 | 135.00 |
| JOHN TROY9 | 06/05/15 | 1301 Research: Search Corp & Biz Entity Database | 0.80 | 450 | 360.00 |
| JOHN TROY9 | 06/05/15 | 1306 Research: Lexis Nexis /Legal /Others | 1.30 | 450 | 585.00 |
| JOHN TROY9 | 06/05/15 | 1002 Meet with Client(s) - Intakes | 2.20 | 450 | 990.00 |
| JOHN TROY9 | 06/11/15 | 1201 Draft Damages Calculation Chart | 1.40 | 450 | 630.00 |
| JOHN TROY9 | 06/11/15 | 1901 Draft the Complaint | 4.50 | 450 | 2025.00 |
| JOHN TROY9 | 06/11/15 | 1502 Confer Client RE Case Status | 2.00 | 450 | 900.00 |
| JOHN TROY9 | 06/11/15 | 1303 Research: Property in Defendants Name via Libor | 0.90 | 450 | 405.00 |
| JOHN TROY9 | 06/11/15 | 1302 Research: Property at Addresses Known via Libor | 0.60 | 450 | 270.00 |
| JOHN TROY9 | 06/20/15 | 1202 Meet with Client- Damages Calculations 0.2+0.6p | 0.80 | 450 | 360.00 |
| JOHN TROY9 | 06/24/15 | 1904 Finalize the Complaint, Summons & Civil Cover Sheet USDC | 0.90 | 450 | 405.00 |
| JOHN TROY9 | 06/24/15 | edit complaint | 0.15 | 450 | 67.50 |
| JOHN TROY9 | 06/26/15 | 1902 Review the Complaint | 0.80 | 450 | 360.00 |
| JOHN TROY9 | 06/27/15 | 1911 File the Complaint, Summons & Civil Cover Sheet USDC | 1.50 | 450 | 675.00 |
| JOHN TROY9 | 06/29/15 | 1922 Review Magistrate Judge Individual Practices | 0.50 | 450 | 225.00 |
| JOHN TROY9 | 06/30/15 | 1921 update District Judge IPTC and Case Mgmt Plan, key into access and calendar | 0.50 | 450 | 225.00 |
| JOHN TROY9 | 07/02/15 | 2001 Prepare copies to Serve Summons & Complaint | 0.60 | 450 | 270.00 |
| JOHN TROY9 | 07/06/15 | 2002 ECF Proof of Service | 0.25 | 450 | 112.50 |
| JOHN TROY9 | 07/13/15 | 2401 Drafted first amended complaint | 1.00 | 450 | 450.00 |
| JOHN TROY9 | 07/15/15 | 2403 Finalizing and filed amended complaint | 0.60 | 450 | 270.00 |
| JOHN TROY9 | 07/15/15 | File [9] Amended Complaint, Request [10] Issuance of Amended Summons | 0.50 | 450 | 225.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

*We always appreciate your business!*

# Invoice

**TROY LAW, PLLC**

41-25 Kissena Blvd.. Suite 119
Flushing, NY 11355
(718) 762-1324 | troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| JOHN TROY9 | 07/16/15 | Review, print, save, data entry [11] Electronic summons issued | 0.10 | 450 | 45.00 |
| JOHN TROY9 | 08/07/15 | Download, Data Entry, Print to Review [12,13,14] POS WLY, Zhang, Li | 0.15 | 450 | 67.50 |
| JOHN TROY9 | 08/07/15 | upload POS WLY, Zhang, Li | 0.50 | 450 | 225.00 |
| Jon Hernandez5 | 08/10/15 | Letter Motion Request for Adjournment | 0.35 | 250 | 87.50 |
| Jon Hernandez5 | 09/08/15 | Look over case for tomorrow's IPTC | 0.48 | 250 | 120.00 |
| Jon Hernandez5 | 09/09/15 | IPTC | 2.00 | 250 | 500.00 |
| JOHN TROY9 | 09/24/15 | E-mailed OC to set Mediation Date | 0.25 | 450 | 112.50 |
| JOHN TROY9 | 09/24/15 | E-mailed OC to let him know that Plfs agree to adjourn | 0.02 | 450 | 9.00 |
| Jon Hernandez5 | 09/24/15 | E-mailed OC to set Mediation Date | 0.25 | 250 | 62.50 |
| JOHN TROY9 | 09/24/15 | Drafting Mediation Memorandum | 2.83 | 450 | 1125.00 |
| JOHN TROY9 | 09/24/15 | E-mailed OC to let him know that Plfs agree to adjourn | 0.05 | 450 | 22.50 |
| JOHN TROY9 | 09/24/15 | Drafting Mediation Memorandum | 2.83 | 450 | 1125.00 |
| JOHN TROY9 | 09/25/15 | E-mailed OC to try and schedule mediation according to court orders | 0.17 | 450 | 75.00 |
| JOHN TROY9 | 09/25/15 | E-mailed OC to try and schedule mediation according to court orders | 0.17 | 450 | 75.00 |
| JOHN TROY9 | 09/28/15 | E-mailed OC and Mediator proposed mediation dates | 0.25 | 450 | 112.50 |
| JOHN TROY9 | 09/28/15 | E-mailed OC and Mediator proposed mediation dates | 0.25 | 450 | 112.50 |
| JOHN TROY9 | 09/29/15 | ECF received, download, data entry, print to review | 0.17 | 450 | 75.00 |
| JOHN TROY9 | 10/01/15 | E-mail to OC about dates/times of pre-mediation tele conference | 1.22 | 450 | 547.50 |
| JOHN TROY9 | 10/01/15 | E-mail to OC about dates/times of pre-mediation tele conference | 1.22 | 450 | 547.50 |
| JOHN TROY9 | 10/05/15 | Plfs Pre-mediation memorandum | 3.25 | 450 | 1462.50 |
| JOHN TROY9 | 10/07/15 | E-mailed OC and Mediator about pre-mediation conference availability | 0.33 | 450 | 148.50 |
| JOHN TROY9 | 10/08/15 | E-mailed OC and Mediator additional times JT available for pre-med conf. | 0.25 | 450 | 112.50 |
| Jon Hernandez5 | 10/13/15 | Mediation letter review | 0.33 | 250 | 82.50 |
| JOHN TROY9 | 10/13/15 | Revised and sent Pre-mediation memorandum | 0.50 | 450 | 225.00 |
| Jon Hernandez5 | 10/14/15 | prep for pre mediation phone call tomorrow | 0.17 | 250 | 42.50 |
| JOHN TROY9 | 10/14/15 | E-mailed OC and Mediator to set pre-mediation conference time | 0.25 | 450 | 112.50 |
| Jon Hernandez5 | 10/15/15 | Attend Telephone Pre Mediation Conf with Mediator | 0.52 | 250 | 130.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

*We always appreciate your business!*

TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 119
Flushing. NY 11355
(718) 762-1324 |  troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| Jon Hernandez5 | 10/19/15 | Email to OC re disc for mediation | 0.18 | 250 | 45.00 |
| Jon Hernandez5 | 10/20/15 | Attend and Conduct Mediation | 3.90 | 250 | 975.00 |
| JOHN TROY9 | 10/20/15 | Attended mediation | 3.40 | 450 | 1530.00 |
| JOHN TROY9 | 11/11/15 | Downloaded website | 0.17 | 450 | 76.50 |
| JOHN TROY9 | 11/16/15 | Plf's first set of interrogatories | 0.50 | 450 | 225.00 |
| JOHN TROY9 | 11/16/15 | Plf's first request for document production | 0.50 | 450 | 225.00 |
| JOHN TROY9 | 11/18/15 | Drafted and filed letter requesting adjournment of status conf | 0.50 | 450 | 225.00 |
| JOHN TROY9 | 01/05/16 | called court re adjournment of 1/6 conf | 0.18 | 450 | 81.00 |
| JOHN TROY9 | 01/05/16 | Reviewing No-Objection letter | 0.17 | 450 | 76.50 |
| JOHN TROY9 | 01/05/16 | Draft Notice of Past Due Responses to Plaintiff's Discovery Request | 0.50 | 450 | 225.00 |
| JOHN TROY9 | 01/05/16 | Drafted no objection letter | 0.72 | 450 | 324.00 |
| JOHN TROY9 | 01/06/16 | call the court re adjourn the conf @10:00 | 0.20 | 450 | 90.00 |
| JOHN TROY9 | 01/06/16 | conf with Schmit re conf at court, adjournment, failure to respond to discovery in 30 days, extend discovery deadline | 0.30 | 450 | 135.00 |
| JOHN TROY9 | 01/06/16 | Draft and ecf letter request for extension of discovery deadline | 0.78 | 450 | 351.00 |
| JOHN TROY9 | 01/22/16 | Review def response to plf Doc Prod request | 3.20 | 450 | 1440.00 |
| JOHN TROY9 | 01/22/16 | Review def response to plf Intrrogatories | 2.20 | 450 | 990.00 |
| JOHN TROY9 | 02/09/16 | Reviwing the case before the conference | 0.15 | 450 | 67.50 |
| George Byun5 | 02/09/16 | Reviwing the case before the conference | 0.15 | 250 | 37.50 |
| JOHN TROY9 | 02/10/16 | status conf with Judge Daniels & Gearon | 2.75 | 450 | 1237.50 |
| JOHN TROY9 | 02/10/16 | status conf with Daniels & gearon | 3.00 | 450 | 1350.00 |
| JOHN TROY9 | 05/14/16 | 1203 Revise Damages Calculation Chart(s) | 0.20 | 450 | 90.00 |
| JOHN TROY9 | 05/30/16 | Confer with Gearon RE Settlement | 0.50 | 450 | 225.00 |
| JOHN TROY9 | 05/31/16 | Telephone Conference w/ Judge Pitt to Schedule Settlement Conf | 0.50 | 450 | 225.00 |
| JOHN TROY9 | 06/17/16 | Draft Notice of Settlement and Req for Adjourn Settle Conf sine die | 0.50 | 450 | 225.00 |
| JOHN TROY9 | 06/17/16 | 1923 Review the Court Notice with AO 85 Consent to a Magistrate Judge | 0.20 | 450 | 90.00 |
| JOHN TROY9 | 06/21/16 | 1903 Meet with clients to revise Complaint | 1.20 | 450 | 540.00 |
| JOHN TROY0 | 06/23/16 | Draft, Review, Email OC Settlement Agreement; Fairness Letter Motion | 1.75 | 0 | 0.00 |
| JOHN TROY9 | 06/29/16 | Finalize Settlement Agreement | 0.25 | 450 | 112.50 |
| JOHN TROY9 | 06/30/16 | Confer Client RE terms of settlement agreement; sign | 1.00 | 450 | 450.00 |
| JOHN TROY9 | 07/11/16 | Confer OC RE SA status | 0.05 | 450 | 22.50 |
| JOHN TROY9 | 07/13/16 | 2402 Meeting with clients - Case Status | 1.00 | 450 | 450.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

**We always appreciate your business!**

# Invoice
Monday, July 18, 2016

**TROY LAW, PLLC**

41-25 Kissena Blvd.. Suite 119
Flushing, NY 11355
(718) 762-1324 | troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| JOHN TROY9 | 07/14/16 | Confer OC RE SA status | 0.05 | 450 | 22.50 |
| JOHN TROY9 | 07/15/16 | File AO 85 | 0.10 | 450 | 45.00 |
| JOHN TROY9 | 07/15/16 | Confer OC RE Fairness Letter Motion Status | 0.05 | 450 | 22.50 |
| JOHN TROY9 | 07/16/16 | Confer OC RE Fairness Letter Motion | 0.05 | 450 | 22.50 |
| JOHN TROY9 | 07/16/16 | Finalize Fairness Letter Motion; Settlement Agreement with Stipulation of Dismissal; Damage Calculations; and Attorney Time and Billing | 0.05 | 450 | 22.50 |
| JOHN TROY9 | 07/18/16 | Confer OC RE Fairness Letter Motion | 0.05 | 450 | 22.50 |
| | | | | Total Billables | **$29,601.50** |

| Expense Description | Expense Date | Expense Amount | |
|---|---|---|---|
| 010 usdc Filing Fee Index Number | 06/27/15 | $400.00 | |
| 3 copies Summons and Complaint + 3 copies mailed | 07/02/15 | $7.50 | |
| 020 Serve Summons & Complaint -Ru Qiu Li | 07/06/15 | $75.00 | |
| 020 Serve Summons & Complaint -Liang Zhang | 07/06/15 | $75.00 | |
| 020 Serve Summons & Complaint -Sunshine USA | 07/06/15 | $75.00 | |
| 020 Serve Summons & Complaint -Amended Ru Qiu Li | 08/01/15 | $75.00 | |
| 020 Serve Summons & Amended Complaint -Liang Zhang | 08/01/15 | $75.00 | |
| 020 Serve Summons & Amended Complaint -Sunshine USA | 08/01/15 | $75.00 | |
| 3 copies Amended Summons and Complaint + 3 copies mailed | 08/03/15 | $7.50 | |
| 073 Travel Mileage 0.575*2*15m=$17.25 +parking nysd Manhattan <2016> 5.75 x 2 (30min) | 02/10/16 | $28.75 | |
| | Total Expenses | **$893.75** | |

| | |
|---|---|
| Total Billables | $29,601.50 |
| Total Expenses | $893.75 |
| Total Payments | $0.00 |
| Outstanding | $30,495.25 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

**We always appreciate your business!**